No. 04-01-00440-CV


Shiow-Miin PIERCE,

Appellant


v.


Sadruddin KHAWAJA,

Appellee


From the County Court at Law No. 2, Harris County, Texas

Trial Court No. 744,577

Honorable Gary Michael Block, Judge Presiding


PER CURIAM

 

Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Catherine Stone, Justice



Delivered and Filed: October 17, 2001


DISMISSED FOR WANT OF PROSECUTION


 Appellant's brief, which was due on August 8, 2001, has not been filed. On August 29, 2001,
this court ordered appellant to show cause in writing by September 14, 2001 why this appeal should
not be dismissed for want of prosecution. Appellant did not respond. The appeal is dismissed for
want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against
appellants.

 PER CURIAM

DO NOT PUBLISH